**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2459**

AZHER NADEEM AHMED,

Debtor - Appellant,

v.

IZZA AHMED,

Movant - Appellee,

and

THOMAS P. GORMAN; US TRUSTEE,

Trustees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:18-cv-00698-LO-IDD)

Submitted: May 24, 2019                              Decided: June 12, 2019

Before WYNN and DIAZ, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert Sergio Brandt, LAW OFFICE OF ROBERT S. BRANDT, Alexandria, Virginia, for Appellant. Izza Ahmed, Appellee Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Azher Nadeem Ahmed appeals from the district court's order affirming the bankruptcy court's order granting Izza Ahmed's motion for relief from the automatic stay to pursue her motions filed in the state court divorce proceeding. We have reviewed the record on appeal and find no abuse of discretion and no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ahmed v. Ahmed*, No. 1:18-cv-00698-LO-IDD (E.D. Va. Nov. 14, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*